1  DAVID A. WIMMER (State Bar No. 155792)
     E-Mail: dwimmer@swerdlowlaw.com
2  EMILY G. CAMASTRA (State Bar No. 258808)
     E-Mail: ecamastra@swerdlowlaw.com
3  **SWERDLOW FLORENCE**
     **SANCHEZ SWERDLOW & WIMMER**
4  A Law Corporation
   9401 Wilshire Blvd., Suite 828
5  Beverly Hills, California 90212
   Telephone: (310) 288-3980
6
   MATTHEW C. KANE (State Bar No. 171829)
7    E-Mail: mkane@mcguirewoods.com
   SYLVIA J. KIM (State Bar No. 258363)
8    E-Mail: skim@mcguirewoods.com
   **MCGUIREWOODS LLP**
9  1800 Century Park East, 8th Floor
   Los Angeles, California 90067
10 Telephone: (310) 315-8200

11 Attorneys for Defendant, McLane/Suneast, Inc.

12 TODD M. FRIEDMAN (State Bar No. 216752)
     E-Mail: TFriedman@toddflaw.com
13 MEGHAN GEORGE (State Bar No. 274525)
     E-Mail: mgeorge@toddflaw.com
14 **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
   324 S. Beverly Drive, #725
15 Beverly Hills, CA 90212
   Telephone: (877) 206-4741
16
   Attorneys for Plaintiff, Luke Fenton
17
                    **UNITED STATES DISTRICT COURT**
18
            **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**
19

20

| | |
|---|---|
| LUKE FENTON, an individual, | Case No. 1:16-CV-01318-BAM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| vs. | |
| MCLANE/SUNEAST, INC., a Texas Corporation, and DOES 1 through 20, Inclusive, | *The Hon. Barbara A. McAuliffe* |
| | Date:    January 20, 2017 |
| | Time:    9:00 a.m. |
| Defendant. | Crtrm.:  8 |
| | Action Filed   May 24, 2016 |
| | Trial Date:    None Set |

410222.1 / 3964-012

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE

1     WHEREAS Defendant McLane/Suneast, Inc. filed a Motion to Transfer this action to the Central District of California on November 17, 2016;

    WHEREAS the hearing on Defendant's Motion to Transfer is scheduled for January 20, 2017, at 9:00 a.m.;

    WHEREAS the Court has a Scheduling Conference set in this matter for December 15, 2016, at 9:30 a.m.;

    WHEREAS, to conserve the parties' and the Court's resources pending the Motion to Transfer, the parties desire to continue the Scheduling Conference to January 20, 2017, at 9:00 a.m., to coincide with the hearing on the Motion to Transfer;

    IT IS HEREBY STIPULATED BY THE PARTIES, acting by and through their below-signed counsel, that, subject to the below approval and Order of this Court, the Scheduling Conference in this matter be changed from December 15, 2016, to January 20, 2017, beginning at 9:00 a.m.

DATED:  December 6, 2016    SWERDLOW FLORENCE
    SANCHEZ SWERDLOW & WIMMER
    and
    MCGUIREWOODS LLP

By:  /S/ David A. Wimmer
    DAVID A. WIMMER
    Attorneys for Defendant McLane/Suneast, Inc.

DATED:  December 6, 2016    LAW OFFICES OF TODD M. FRIEDMAN, P.C.
By:  /S/ Meghan George
    MEGHAN GEORGE
    Attorneys for Plaintiff Luke Fenton

**ORDER**

**IT IS SO ORDERED** that the Scheduling Conference is continued from December 15, 2016 to **February 15, 2017 at 9:00 AM** before Judge McAuliffe.

Dated**:   December 7, 2016**    /s/ Barbara A. McAuliffe
    UNITED STATES MAGISTRATE JUDGE